UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON KENNEDY, | : | CIVIL ACTION NO. 3:CV-14-0437 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| WARDEN, Allegheny County Jail, et al., | : | |
| Respondents | : | |

FILED
SCRANTON
MAR 1 3 2014
PER_____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 13th DAY OF MARCH, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed in forma pauperis, (Doc. 2), is **GRANTED** only for the purpose of filing the petition.

2. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. § 1404.

3. The Clerk of Court is directed to **CLOSE** the case.

_____
United States District Judge